THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOE PELLERITO, Appellant.

(Argued April 14, 1933; decided April 28, 1933.)

*Michael D. Lombardo* and *Clarence G. Pickard* for appellant.

*Glenn W. Woodin,* District Attorney (*John S. Leonard* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG and CROUCH, JJ. Not sitting: O'BRIEN and HUBBS, JJ.